# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL S. SAYEN,

Case No. 18-CV-3417 (NEB/HB)

Plaintiff,

v.

ORDER ON REPORT AND
RECOMMENDATION

GARY R. SCHURRER, JOHN C.
HOFFMAN, and THADDEAUS V. JUDE,
in their individual capacities,

Defendants.

This matter is before the Court on Plaintiff Michael S. Sayen's objection to the April 4, 2019 Report and Recommendation ("R&R") of United States Magistrate Judge Hildy Bowbeer. [ECF No. 32.] Judge Bowbeer recommends granting the Defendants' Motion to Dismiss [ECF No. 9], denying the Plaintiff's Motion to Suspend Criminal Cases [ECF No. 6], and dismissing this case with prejudice. The Court has conducted a de novo review. See 28 U.S.C. § 636(b)(1). Based on that review, the Court accepts the R&R.

Based on the foregoing and on all the files, records, and proceedings herein, the Court OVERRULES the Defendant's objection [ECF No. 33] and ACCEPTS the R&R [ECF No. 32.] Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants Gary R. Schurrer, John C. Hoffman, and Thaddeaus V. Jude's

   Motion to Dismiss [ECF No. 9] is GRANTED;

2. Plaintiff Michael S. Sayen's Motion to Suspend Criminal Cases of Harassment Restraining Order Associated with Case Until Completion of Federal Lawsuit [ECF No. 6] is DENIED; and

3. The case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: June 10, 2019                                    BY THE COURT:

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge